CENTRAL CHANDELIER COMPANY, Appellant, *v.* IRVING TRUST COMPANY, as Trustee in Bankruptcy, Respondent.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 343.)

MORRIS OSINOFF, Appellant, *v.* GERT REALTY CORPORATION, Respondent, Impleaded with Others.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 36.)

CARL W. STERN, Respondent, *v.* ZUCKER & JOSEPHY, INC., Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 512.)